1  PETER E. BRIXIE, Bar #124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880 Fax: (916) 658-1884
   peterbrixie@gmail.com
4
   Attorney for ALEX BAILEY
5
                         UNITED STATE DISTRICT COURT
6
                         EASTERN DISTRICT OF CALIFORNIA
7

8  | ALEX BAILEY, | Case No.: 2:13-CV-02281-EFB |
   |---|---|
9  | Plaintiff, | |
10 | vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |
11 | COMMISSIONER OF SOCIAL SECURITY, | |
12 | Defendant | |

13

14     IT IS HEREBY STIPULATED by and between the parties, through their respective
15  undersigned attorneys, and with the permission of the Court as evidenced below, that the
16  Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby
17  extended to the new filing date of April 28, 2014. The extension is needed due to press of
18  business in plaintiff's attorney's office.

This is the 1st request for extension by plaintiff.

Dated: 3/28/14                                     /s/ Peter Brixie
                                                   PETER E. BRIXIE
                                                   Attorney at Law
                                                   Attorney for Plaintiff


Dated: 3/28/14                          By:        /s/ Jeffrey T. Chen
                                                   JEFFREY T. CHEN
                                                   Special Assistant U. S. Attorney
                                                   Attorney for Defendant


                              __ooo__

             APPROVED AND SO ORDERED

Dated: April 1, 2014.

                          _____
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE