PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for ALEX BAILEY

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BAILEY,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant | Case No.: 2:13-CV-02281-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of May 28, 2014. The extension is needed due to press of business in plaintiff's attorney's office.

This is the 2nd request for extension by plaintiff.

Dated:  4/24/14                                  /s/ Peter Brixie
                                                          PETER E. BRIXIE
                                                          Attorney at Law
                                                          Attorney for Plaintiff

/////

/////

/////

1 | Dated: 4/24/14                                   By:      /s/ Jeffrey T. Chen
2 |                                                                    JEFFREY T. CHEN
   |                                                                    Special Assistant U. S. Attorney
3 |                                                                    Attorney for Defendant

4 |                                                   __ooo__

5 | APPROVED AND SO ORDERED.

6 | DATED: April 24, 2014.

7 |                                                   _____
   |                                                   EDMUND F. BRENNAN
   |                                                   UNITED STATES MAGISTRATE JUDGE