BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| ALEX BAILEY, | ) | Civil No. 2:13-cv-02281-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of the length of Plaintiff's contentions and because of a very heavy workload despite due diligence.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, July 7, 2014.

                                          Respectfully submitted,

Date: *June 10, 2014*                      LAW OFFICE OF PETER BRIXIE

                            By:   */s/ Peter Brixie\**
                                   PETER BRIXIE
                                   *\* By email authorization on June 9, 2014*
                                   Attorney for Plaintiff

Date: *June 10, 2014*                      BENJAMIN B. WAGNER
                                            United States Attorney

                            By:   */s/ Jeffrey Chen*
                                   JEFFREY CHEN
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

                                           <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  June 10, 2014.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE