Peter Brixie, State Bar # 124186
410 Twelfth Street
Sacramento, CA 95814
(916) 658-1880
(916)658-1884 (fax)
peterbrixie@gmail.com

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEX BAILEY,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>　　　　　　Defendant, | Case No.: 2:13-cv-02281-EFB<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR PAYMENT OF PLAINTIFF'S ATTORNEY FEES** |
|---|---|

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FORTY-SEVEN HUNDRED DOLLARS AND ZERO CENTS ($4,700.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

　　　After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fee and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order of EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

STIPULATION AND ~~PROPOSED~~ ORDER FOR PAYMENT OF PLAINTIFF'S ATTORNEY FEES - 1

Fees and expenses shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses, and cost to be made directly to PETER BRIXIE, pursuant to the assignment executed by ALEX BAILEY.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of the Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff's and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  4/15/15		By:	/s/ *Peter Brixie*
					PETER E. BRIXIE
					Attorney at Law
					Attorney for Plaintiff

Dated:  4/15/15			/s/ *Jeffrey Chen*
					JEFFREY T. CHEN
					Special Assistant United States Attorney
					Attorneys for Defendant
					Commissioner of Social Security

ooo

APPROVED AND SO ORDERED

Dated:  April 16, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER FOR PAYMENT OF PLAINTIFF'S ATTORNEY FEES - 2